IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| JABARI D. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the parties' unopposed oral motion to continue the plea hearing,

IT IS ORDERED:

1)   The change of plea hearing is continued from November 25, 2008 to December 17, 2008 at 2:30 p.m.

2)   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 24th day of November, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge